IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAGJIT SINGH RANDHAWA, ET AL.,<br><br>         Defendants.<br>_____/ | No. C 07-05136 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, OVERRULING PLAINTIFF'S OBJECTIONS, DENYING MOTION FOR DEFAULT JUDGMENT AND DISMISSING COMPLAINT WITH LEAVE TO AMEND |

On December 4, 2007, United States Magistrate Judge Edward M. Chen issued a report and recommendation denying the motions for default judgment of pro se Plaintiff Padam Kumar Khanna (Docket Nos. 4 and 5). On December 14, 2007, Plaintiff filed an objection to Judge Chen's report and recommendation and moved for the recusal of Judge Chen.

The Court has reviewed Plaintiff's objections and Judge Chen's report and recommendation and finds that Plaintiff's objections are without merit.

First, Plaintiff's request to recuse Judge Chen is not well-taken. "The standard for judging the appearance of partiality requiring recusal under 28 U.S.C. § 455 is an objective one and

involves ascertaining 'whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned.'" Preston v. United States, 923 F.2d 731, 734 (9th Cir. 1991). Recusable bias must be both personal and extrajudicial. United States v. Carignan, 600 F.2d 762, 763-64 (9th Cir. 1979). The source of bias must be extrajudicial because the "recusal statute was never intended to enable a discontented litigant to oust a judge because of adverse rulings made, for such rulings are reviewable otherwise . . ." Ex parte American Steel Barrel Co., 230 U.S. 35, 44 (1913). Plaintiff's charge that Judge Chen is biased is based upon Judge Chen's actions in his role as adjudicator of Plaintiff's case. Because the alleged bias does not arise from an extrajudicial source, Plaintiff's request for recusal must be DENIED.

Second, Plaintiff complains that Judge Chen only addresses his claims of perjury against Defendants Jagjit Singh Randhawa and Baljit Randhawa and does not address his conspiracy allegations against them. However, in his report and recommendation, Judge Chen noted that "the only cause of action explicitly stated against the Randhawas was 'violation of 18 U.S.C. § 1621 -- Perjury.'" Judge Chen acknowledged that Plaintiff implied, in his motion for default judgment, that the Randhawas conspired with the State Bar defendants to deprive him of his civil rights. However, Judge Chen reiterated that, because a conspiracy claim was not formally plead in the complaint, the perjury claim was the only one that was at issue in the motion for default.

The Court finds Judge Chen's report and recommendation

2

correct, well-reasoned and thorough and adopts it in every respect. Plaintiff's motions for default are denied.

As Judge Chen noted, Plaintiff's complaint fails to state a claim against Defendants and it must be dismissed. Plaintiff will be given an opportunity to file an amended complaint against Defendants to allege different causes of action against them, if he truthfully can do so. If he chooses to do so, Plaintiff must file an amended complaint within twenty days from the date of this order. If Plaintiff fails to file the amended complaint within this time, his case against the Randhawas will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  1/11/08

CLAUDIA WILKEN
United States District Judge

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KHANNA et al,

      Plaintiff,

v.

RANDHAWA et al,

      Defendant.

Case Number: CV07-05136 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Padam Kumar Khanna
2600 10th Street, # 407
Berkeley, CA 94710

Dated: January 11, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California