%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                District of            CALIFORNIA

FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PADAM KUMAR KHANNA

V.

JAGJIT SINGH RANDHAWA and
BALJIT RANDHAWA, DOES I
THROUGH X,

SUMMONS IN A CIVIL CASE
(AMENDED COMPLAINT)

CASE NUMBER:   C-07-5136   CW

TO: (Name and address of Defendant)

BALJIT RANDHAWA
JAGJIT SINGH RANDHAWA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Padam Kumar Khanna
2600 Tenth Street
Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      JAN 2 9 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] (Amended) | DATE 2/18/2008 |
| NAME OF SERVER (PRINT) Clarence Randolph (#822 Alameda County) | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Defendant: Jagjit Singh Randhawa - 280 Sparrow Dr., Hercules, CA 94547

Name of person with whom the summons and complaint were left:
"Jane Doe" - Co-Occupant - Refused to give her name - "Indian, Female, 40yrs, 5'5", 150lbs, Black Hair"

☐ Returned unexecuted:        //Mailed: 02/19/2008 at Oakland, CA

☐ Other (specify):
Documents Served: Summons to Amended Complaint; Amended Complaint;

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/25/2008
                    Date

*Signature of Server*

414 Pendleton Way, Suite #2, Oakland, CA 94621
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] (Amended) | DATE 2/18/2008 |
| NAME OF SERVER *(PRINT)* Clarence Randolph (#822 Alameda County) | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Defendant: Baljit Randhawa - 280 Sparrow Dr., Hercules, CA 94547

Name of person with whom the summons and complaint were left:
"Jane Doe" - Co-Occupant - Refused to give her name - "Indian, Female, 40yrs, 5'5", 150lbs, Black Hair"

☐ Returned unexecuted: //Mailed: 02/19/2008 at Oakland, CA

☐ Other (specify):
Documents Served: Summons to Amended Complaint; Amended Complaint;

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $75.00 | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/25/2008
                    *Date*                    *Signature of Server*

414 Pendleton Way, Suite #2, Oakland, CA 94621
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.