PADAM KUMAR KHANNA
2600 Tenth Street
Berkeley, CA. 94710

Tel: 1-510-549-2786
Fax: 1-510-549-2832

EMail: pkhanna@pacbell.net
*Pro Se*

FILED
2008 MAR 18 PM 1:15
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BALJIT RANDHAWA,<br><br>　　　　Defendant. | Case No: C07-05136 CW<br><br>REQUEST TO ENTER DEFAULT AGAINST DEFENDANT BALJIT RANDHAWA |

　　　Plaintiff herein requests this honorable Court to enter a Default against defendant Baljit Randhawa for failing to answer the First Amended Complaint filed in this Court on January 29, 2008.

　　　Date of issue of summons:　　　　　　　　　　　January 29, 2008

　　　Date of personal service of summons:　　　　　February 25, 2008

　　　Date the answers were due:　　　　　　　　　　March 16, 2008

REQUEST FOR ENTRY OF DEFAULT- 1

1  Date of filing affidavit of service: February 29, 2008

2  As of this date, no answer, motion or responsive pleading has been filed by defendant
3  Baljit Randhawa within the time limit fixed by the Court.

5  Defendant Baljit Randhawa is not an infant or incompetent person, as required by Fed.
6  Rules of Civil Procedure 55(b)1.

8  Defendant Baljit Randhawa is not in the military service as required by 50 U.S.C. app.
9  Section 520.

11 Respectfully submitted.
12 Dated this 18th day of March, 2008

*[signature]*
PADAM KUMAR KHANNA
Pro Se

2600 Tenth Street, Suite 407
Berkeley, CA 94710

(T) 510-549-2786
(F) 510-549-2832
E-Mail: Pkhanna@pacbell.net

REQUEST FOR ENTRY OF DEFAULT - 2