PADAM KUMAR KHANNA
2600 Tenth Street
Berkeley, CA. 94710

Tel: 1-510-549-2786
Fax: 1-510-549-2832

EMail: pkhanna@pacbell.net
*Pro Se*

FILED
2008 MAR 18 PM 1:15
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>  Plaintiff,<br><br>vs.<br><br>BALJIT RANDHAWA,<br><br>  Defendant. | Case No: C07-05136 CW<br><br>REQUEST TO ENTER DEFAULT AGAINST DEFENDANT JAGJIT SINGH RANDHAWA |

Plaintiff herein requests this honorable Court to enter a Default against defendant Jagjit Singh Randhawa for failing to answer the First Amended Complaint filed in this Court on January 29, 2008.

Date of issue of summons:           January 29, 2008

Date of personal service of summons:   February 25, 2008

Date the answers were due:          March 16, 2008

REQUEST FOR ENTRY OF DEFAULT- **1**

1  Date of filing affidavit of service:   February 29, 2008

2  As of this date, no answer, motion or responsive pleading has been filed by defendant
3  Jagjit Singh Randhawa within the time limit fixed by the Court.

5  Defendant Jagjit Singh Randhawa is not an infant or incompetent person, as required by
6  Fed. Rules of Civil Procedure 55(b)1.

8  Defendant Jagjit Singh Randhawa is not in the military service as required by 50 U.S.C.
9  app. Section 520.

11 Respectfully submitted.
12 Dated this 18th day of March, 2008

_____
PADAM KUMAR KHANNA
Pro Se

2600 Tenth Street, Suite 407
Berkeley, CA 94710

(T) 510-549-2786
(F) 510-549-2832
E-Mail: Pkhanna@pacbell.net

REQUEST FOR ENTRY OF DEFAULT - 2