**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

March 20, 2008


RE:  CV 07-05136 CW          Khanna-v- Randhawa


Default is entered as to Jagjit Singh Randhawa and Baljit Randhawa on 3/20/08.




                                    RICHARD W. WIEKING, Clerk


                                    byClara Pierce
                                    Case Systems Administrator










NDC TR-4  Rev. 3/89