IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KHANNA,

    Plaintiff,

  v.

RANDHAWA, et al.,

    Defendants.
                                 /

No. C 07-05136 CW

ORDER

Default having been entered by the Clerk on March 20, 2008, as to Jagit Singh Randhawa and Baljit Randhawa,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to Magistrate Judge Edward M. Chen, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated:  3/24/08

*Claudia Wilken*

                          CLAUDIA WILKEN
                          United States District Judge

cc: Wings; EMC