PADAM KUMAR KHANNA

2600 TENTH STREET, #407
BERKELEY, CA 94710
Tel: 510-549-2786
Email: Pkhanna@pacbell.net



FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

April 16, 2008

The Clerk
United States District Court
Northern District
Oakland Division

          Re: Motion for Final Default Judgment Re Jagjit Randhawa
              Motion for Final default Judgment Re Baljit Randhawa
                    Case Number C 07-05136 CW

Dear Clerk:

      Enclosed are two Motions for Final Default Judgments submitted as per the Order of Hon. Judge Wilken. She has instructed that these motions should be referred to Magistrate Judge Edward Chen pursuant to Civ. L.R. 72-1. Therefore, I am enclosing one extra copy of both motions. I do not know whether I am supposed to mail the copy to Hon. Chen or the court does it. I will be happy to do that.

      Please also be advised that I will not be available to attend any hearings or reply to any correspondence starting April 20, 2008 to May 12, 2008 as I will be out of the country to India for a very important trip for personal reasons.

                              Sincerely,

                              Padam K. Khanna