UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA, | No. C-07-5136 EMC |
| Plaintiff, | |
| v. | **ORDER RE HEARING AND SUPPLEMENTAL EVIDENCE FOR PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT** |
| JAGJIT SINGH RANDHAWA, *et al.*, | |
| Defendants. | **(Docket Nos. 18-19)** |

Plaintiff Padam Kumar Khanna has filed suit against Defendants Jagjit Singh Randhawa and Baljit Randhawa, alleging that they conspired with California State Bar employees to deprive him of his attorney's license, thus violating, *inter alia*, his civil rights. Defendants did not appear in the action and so the Clerk of the Court entered their default on March 20, 2008. *See* Docket No. 15. Thereafter, Mr. Khanna moved for default judgment against each Defendant. *See* Docket Nos. 18-19. Judge Wilken referred the motions to the undersigned for a report and recommendation.

Under Federal Rule of Civil Procedure 55, a court may conduct hearings when, to enter or effectuate judgment, it needs to, *inter alia*, "establish the truth of any allegation by evidence" or "investigate any other matter." Fed. R. Civ. P. 55(b)(2)(C)-(D). In the instant case, a hearing is necessary in the instant case for the Court to further evaluate Mr. Khanna's claim that there was a conspiracy between Defendants and the State Bar employees.

Accordingly, the Court shall hold a hearing on Mr. Khanna's motions for default judgment on **July 23, 2008, at 10:30 a.m.** By **July 11, 2008**, Mr. Khanna must file with the Court -- as well as serve on Defendants (although they have not appeared) -- any and all evidence in his possession,

custody, or control to support his allegation that there was a conspiracy between Defendants and the State Bar employees. In addition, Mr. Khanna must file and serve any and all evidence in his possession, custody, or control that indicates or establishes when he first learned of this alleged conspiracy.

Mr. Khanna shall serve a copy of this order on Defendants no later than **July 11, 2008**.

IT IS SO ORDERED.

Dated: July 2, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2