<div style="sidebar">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA,<br><br>        Plaintiff,<br><br>    v.<br><br>BALJIT RANDHAWA, *et al.*,<br><br>        Defendants._____/ | No. C-07-5136 CW (EMC)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the ORDER RE HEARING AND SUPPLEMENTAL EVIDENCE FOR PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Padam Kumar Khanna
Khanna & Narain
2600 10th Street
Berkeley, CA 94710-2522
*AND VIA ELECTRONIC FILING*

Dated: July 2, 2008        RICHARD W. WIEKING, CLERK

                              By: _____
                                    Betty Fong
                                    Deputy Clerk