United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADAM KUMAR KHANNA, | No. C-07-5136 EMC |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| JAGJIT SING RANDHAWA, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment set for July 23, 2008 at 10:30 a.m. before Magistrate Judge Edward M. Chen **is vacated**. The Court will issue an order based on papers and will notify counsel if a hearing is necessary.

Dated: July 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy