UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KHANNA et al,

        Plaintiff,

  v.

RANDHAWA ET AL et al,

        Defendant.

Case Number: CV07-05136 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2008, I SERVED a true and correct copy(ies) of the REPORT AND RECOMMENDATION, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Padam Kumar Khanna
2600 10th Street
# 407
Berkeley, CA 94710

Dated: August 13, 2008

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk